■ RICHARD M. STONE, Appellant, v WILLIAM J. KELLEHER, JR., Respondent. [665 NYS2d 514] —Appeal by the plaintiff from a judgment of the Supreme Court, Nassau County (Phelan, J.), entered August 19, 1996.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Phelan at the Supreme Court, Nassau County, in his memorandum decision and order dated July 11, 1996. Rosenblatt, J. P., Copertino, Krausman and Goldstein, JJ., concur.